JUDGE CASTEL

BLANK ROME LLP
Attorneys for Plaintiff
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000



08 CV 5557

RECEIVED
JUN 19 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KOOKYANG SHIPPING CO., LTD.,

      Plaintiff,

-against-

R.P. LOGISTICS LTD.,

      Defendant.

08 Civ.

**Rule 7.1 Statement**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff KOOKYANG SHIPPING CO., LTD. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
             June 19, 2008

                              BLANK ROME LLP
                              Attorneys for Plaintiff

                              By _____
                              LeRoy Lambert (LL 3519)
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, NY 10174-0208
                              Tel.: (212) 885-5000

128539.00603/6648063v.1