BLANK ROME LLP
Attorneys for Plaintiff
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-20-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KOOKYANG SHIPPING CO., LTD.,

Plaintiff,

-against-

R.P. LOGISTICS LTD.,

Defendant.

08 Civ. 5557 (PKC)

**ORDER APPOINTING
PROCESS SERVER**

---

Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael

Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and is

not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this

matter, and it appearing from the affidavit of LeRoy Lambert, Esq., that such appointment will

result in substantial economies in time and expense,

NOW, on motion of Blank Rome, LLP, attorneys for Plaintiff, it is

**ORDERED**, that Michael Watson or any other person at least 18 years of age and not a

party to this action, appointed by Blank Rome, LLP, be and hereby is, appointed to serve the

Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the Process of

Maritime Attachment and any Supplemental Process, and a copy of the Verified Complaint on

garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated:  New York, New York
     June /9 , 2008

SO ORDERED:

_____
U.S.D.J.