# MEMO ENDORSED



**BLANK ROME LLP**
COUNSELORS AT LAW

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

Phone:   (212) 885-5148
Fax:     (917) 332-3838
Email:   LLambert@BlankRome.com

July 23, 2008

**BY FAX (212)-805-7949 AND BY MAIL**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

> Initial conference adjourned from August 28 to September 26, 2008 at 10:00am
> SO ORDERED
> [signed] USDJ 7-23-08

Re:  Kookyang Shipping Co., Ltd. v. R.P. Logistics Ltd.
     08 CV 5557 (PKC)
     Our Ref. No. 128539-00603

Dear Judge Castel:

We represent plaintiff Kookyang Shipping Co., Ltd. and refer to your Order dated June 27, 2008, Scheduling an Initial Pretrial Conference. This action is a by now familiar "Rule B" action. Plaintiff seeks to attach $734,244.34. The merits of the underlying dispute will be resolved by arbitration in London. To date, we have not been notified that any amount has been attached. We are continuing daily service in the hope of securing Plaintiff's claim. As the Rule B procedure is ex parte and without notice until such time as an amount is attached, we have not contacted Defendant.

We respectfully request that the Court dispense with its usual pretrial order and procedures, including the direction to contact Plaintiff, and direct instead that Plaintiff provide a further status report on or before August 28, 2008.

We are of course at the Court's disposal to address any questions or concern the Court may have and otherwise thank the Court in advance for its consideration and action upon this request.

Respectfully submitted,

LeRoy Lambert

LRL/mg

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

128539.00603/6656448v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong